# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CARLOS JIMENEZ,<br><br>Defendant. | Case No.: 2:16-cr- 142<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOSE CARLOS JIMENEZ (ID#) 7030901 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOSE CARLOS JIMENEZ** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, 5/18/16, GWF, Courtroom 3A, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 11, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr- 142 |
| Plaintiff, ) | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOSE CARLOS JIMENEZ |
| vs. ) | (ID#) 7030901 |
| JOSE CARLOS JIMENEZ, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JOSE CARLOS JIMENEZ**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JOSE CARLOS JIMENEZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JOSE CARLOS JIMENEZ** may be present before the United States District Court for the District of Nevada, at City, State, on Wednesday, 5/18/16, GWF, Courtroom 3A at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JOSE CARLOS JIMENEZ** before the United States District Court on or about Wednesday, 5/18/16, GWF, Courtroom 3A, at the hour of 3:00 p.m., for

1 | arraignment and from time to time and day to day thereafter until excused by the Court has been
2 | ordered by the United States Magistrate or District Judge for the District of Nevada.

3 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4 | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5 | Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6 | them to produce the said **JOSE CARLOS JIMENEZ** before the United States District Court
7 | on or about Wednesday, 5/18/16 GWF, Courtroom 3A, at the hour of 3:00 p.m., for arraignment and from
8 | time to time and day to day thereafter, at such times and places as may be ordered and directed
9 | by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10 | be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

11 | DATED this 11th day of May, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

2