UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSE CARLOS JIMENEZ,<br><br>                    Defendant. | Case No. 2:16-cr-0142-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(ECF Nos. 18, 36, 41) |

        Defendant Jose Carlos Jimenez filed a motion to suppress evidence seized in connection with his arrest. ECF No. 18.  After conducting an evidentiary hearing, Magistrate Judge Hoffman entered his Report & Recommendation recommending that the motion to suppress be denied. ECF No. 36.  Mr. Jimenez filed an Objection to the Report & Recommendation (ECF No. 41) and the Government filed a Response (ECF No. 42).  Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers.  Judge Hoffman's Report & Recommendation sets forth the proper legal analysis and factual bases for the decisions.  I accept and adopt the analysis and conclusions.  Good cause appearing,

        IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report & Recommendation (**ECF No. 36) is accepted.**  Mr. Jimenez's motion to suppress (**ECF No. 18) is denied** and his objection (**ECF No. 41) is overruled.**

        Dated:  December 29, 2016.

                                                        _____<br>
                                                      ANDREW P. GORDON<br>
                                                      UNITED STATES DISTRICT JUDGE